**SO ORDERED.**

**SIGNED this 19 day of November, 2018.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 17-30786-jps |
| | : | |
| CHARLES ZANDERS | : | CHAPTER 13 |
| JESSIE L. ZANDERS | : | |
|     DEBTORS | : | |

ORDER APPROVING MODIFICATION OF CHAPTER 13
PLAN AFTER CONFIRMATION

    The modification of the Debtors' Chapter 13 plan after confirmation having been read and considered by the Court, and it appearing to the Court that all creditors affected by said modification have been notified, and it further appearing to the Court that any objections to the modification have been either resolved or withdrawn,

The Debtors' plan, as modified, is hereby approved and made the effective plan of the Debtors.

## *END OF TEXT*

Prepared by Jason T. Braswell
Attorney for Debtors
State Bar No: 078373
1090-C Founders Blvd
Athens, GA 30606
(706)548-7070
(706)613-2089 (fax)
Email: jason@morganlawyers.com